1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     EASTERN DISTRICT OF CALIFORNIA
8

9

10

11  UNITED STATES OF AMERICA,       )   Case No: 1:11-CR-251
                                    )
12                    Plaintiff,    )
                                    )   ORDER TO **UNSEAL** INDICTMENT
13       v.                         )
                                    )
14                                  )
    BRUCE LEON DANIELS,             )
15                                  )
                      Defendant.    )
16                                  )
                                    )
17  _____)

18       Upon application of the United States of America and good cause
19  having been shown,
20       IT IS HEREBY ORDERED that the indictment in the above-captioned
21  proceeding be and is hereby unsealed.

22
23  Date: NOV 18, 2011          _____
                                Honorable Jennifer L. Thurston
24                              United States Magistrate Judge

25

26

27

28

                                    2

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
 5
 6
                IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                      EASTERN DISTRICT OF CALIFORNIA
 8
 9
10
11  UNITED STATES OF AMERICA,       )
                                    )  Case NO. 1:11-CR-251
12                    Plaintiff,    )
                                    )  REQUEST TO UNSEAL INDICTMENT
13       v.                         )
                                    )
14  BRUCE LEON DANIELS,             )
                                    )
15                    Defendant.    )
                                    )
16  _____  )
17
18
         The arrest warrant in the above-captioned proceeding was
19
    executed on November 18, 2011.  As a result, there is no need for the
20
    indictment to remain under seal.  Accordingly, the United States asks
21
    that the Court order that the indictment be unsealed.
22
23
                                    BENJAMIN B. WAGNER
24                                  United States Attorney
25
26  Date: November 18, 2011         /s/ Elana S. Landau
                                    By: Elana S. Landau
27                                  Assistant United States Attorney
28

                                   1
```