PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>BRUCE DANIELS,<br><br>             Defendant. | CASE NO. 1:11-CR-251 LJO<br>              1:97-CR-05225-LJO<br><br>[~~PROPOSED~~] ORDER |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Status Conference in the above-reference matter currently scheduled for April 18, 2017, at 2:30 p.m. be continued to May 2, 2017 at 2:30 p.m. The parties are ordered to appear at that date and time.

IT IS SO ORDERED.

    Dated: **April 17, 2017**                      **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE